UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN LORENZO, <br>    Petitioner, <br>  v. <br> ACTING WARDEN MARTIN BITER, <br>    Respondent. | Case No. 18-03249 EJD (PR) <br><br> **ORDER OF DISMISSAL** |

On May 31, 2018, Petitioner, a California prisoner, filed a letter requesting to put his "case in abeyance" as he goes back to the "lower courts to rehash issues." (Docket No. 1.)[1] The Court construed the letter as an attempt to file a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On the same day the Clerk notified Petitioner that in addition to filing a petition on the Court's form, (Docket No. 2), he needed to either pay the filing fee or file a complete application for leave to proceed in forma pauperis ("IFP") within twenty-eight days from the date of the notice to avoid dismissal. (Docket No. 3.) The deadline has passed, and Petitioner has failed to respond. Accordingly, the action is **DISMISSED** without prejudice for failure to pay the filing fee.

---

[1] Petitioner's case was reassigned to this Court on July 9, 2018, after he failed to consent to magistrate judge jurisdiction. (Docket No. 6.)

Order of Dismissal
P:\PRO-SE\EJD\HC.18\03249Lorenzo_dism-ifp.docx

**IT IS SO ORDERED.**

Dated: 7/19/2018

_____
EDWARD J. DAVILA
United States District Judge

Order of Dismissal
P:\PRO-SE\EJD\HC.18\03249Lorenzo_dism-ifp.docx